**Maureen WASHBURN, Petitioner**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2014–3097.

United States Court of Appeals,
Federal Circuit.

March 9, 2015.

Colin Walsh, Rob Wiley, P.C., Austin, TX, argued for petitioner.

Elizabeth Anne Speck, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Jane Wallace Vanneman, Joyce R. Branda, Robert K. Kirschman, Jr., Kirk Manhardt.

PROST, Chief Judge, TARANTO, Circuit Judge, and FOGEL, District Judge.*

* Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, and Director of the Federal Judicial Center, sitting by designation.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**